■ THE SHORE WINDS, LLC, Respondent, v SEBASTIAN CACCAMO, Appellant. [32 NYS3d 534]—Appeal from an amended order and judgment (one paper) of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered October 3, 2014. The amended order and judgment granted the motion of plaintiff for a money judgment pursuant to CPLR 3215.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5511; *Lauer v City of Buffalo*, 53 AD3d 213, 216 [2008]; *Johnson v McFadden Ford*, 278 AD2d 907, 907 [2000]). Present—Centra, J.P., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.